MARLEE, INC., Appellant, *v.* THORIA BITTAR, Respondent, Impleaded with Others.

(Argued February 14, 1930; decided March 18, 1930.)

*Benjamin Lifshitz, Alfred B. Nathan* and *S. Howard Imbrey* for appellant.

*Herman Kahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.